FILED
CLERK, U.S. DISTRICT COURT
JUN 2 4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>THE LANGE GROUP, INC., a California corporation,<br><br>Defendant | Case No. CV 14-0650 JAK (JEMx)<br><br>**JUDGMENT** |

This action having been commenced on January 28, 2014, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Operating Engineers Pension Trust, et al., and against defendant The Lange Group, Inc., and for good cause shown,

///

///

///

JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST shall recover from defendant THE LANGE GROUP, INC., a California corporation, the principal amount of $25,511.25, plus pre-judgment and post-judgment interest thereon at the rate of eight percent (8%) per annum accruing from April 1, 2014, until the judgment is paid in full.

Dated: June 24, 2014

UNITED STATES DISTRICT JUDGE

JUDGMENT